379 A.2d 587

Commonwealth v. Fox, Appellant.

Submitted September 13, 1976.   David R. Bahl, and McCormick, Lynn, Reeder, Nichols & Sarno, for appellant;  Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.